# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| MCCONNELL, ARLENE | § § § | Case No. 15-36324 PSH |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 93,857.31 *(Without deducting any secured claims)* | Assets Exempt: 3,600.00 |
| Total Distributions to Claimants: 3,016.95 | Claims Discharged Without Payment: 9,727.65 |
| Total Expenses of Administration: 1,018.98 | |

3) Total gross receipts of $ 4,035.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 4,035.93 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,018.98 | 1,018.98 | 1,018.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 12,744.60 | 12,744.60 | 3,016.95 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 13,763.58 | $ 13,763.58 | $ 4,035.93 |

4) This case was originally filed under chapter 7 on 10/26/2015 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2017           By:/s/ANDREW J. MAXWELL, TRUSTEE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| OTHER LIQUIDATED DEBTS (tax refund) | 1229-000 | 1,128.00 |
| Byline Bank account | 1229-000 | 2,907.93 |
| **TOTAL GROSS RECEIPTS** | | **$4,035.93** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 1,008.98 | 1,008.98 | 1,008.98 |
| ASSOCIATED BANK | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,018.98 | $ 1,018.98 | $ 1,018.98 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | AMERICAN HONDA FINANCE CORPORATION | 7100-000 | NA | 12,744.60 | 12,744.60 | 3,016.95 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 12,744.60 | $ 12,744.60 | $ 3,016.95 |

Case 15-36324 Doc 35 Filed 01/31/17 Entered 01/31/17 14:07:18 Desc Main
Document Page 6 of 9

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 15-36324 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MCCONNELL, ARLENE | | | | Date Filed (f) or Converted (c): | 10/26/15 (f) |
| | | | | | 341(a) Meeting Date: | 12/14/15 |
| For Period Ending: | 01/11/17 | | | | Claims Bar Date: | 05/18/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCT TCF | 559.31 | 0.00 | | 0.00 | FA |
| TCF Bank Checking Account: D asserts it the funds are from her father's SS | | | | | |
| AMOUNT CHANGED FROM 279.66 TO 559.31 | | | | | |
| 2. HOUSEHOLD GOODS | 400.00 | 0.00 | | 0.00 | FA |
| Used Furnture (AMENDED" B "Debtor Changed the amount from 700 to 400) | | | | | |
| 3. WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| Used Clothing | | | | | |
| 4. LIFE INS | 0.00 | 0.00 | | 0.00 | FA |
| Term Life Insurance with Fidelity | | | | | |
| 5. retirement account | 8,000.00 | 0.00 | | 0.00 | FA |
| IRA | | | | | |
| 6. OTHER LIQUIDATED DEBTS (tax refund) | 4,497.00 | 3,000.00 | | 1,128.00 | FA |
| Estimated 2015 Tax Refund | | | | | |
| 7. AUTOMOBILE | 4,388.00 | 0.00 | | 0.00 | FA |
| 2007 Kia Rondo (11,100 miles) | | | | | |
| 8. AUTOMOBILE | 6,600.00 | 0.00 | | 0.00 | FA |
| 2007 VW Jetta (11,300 miles) | | | | | |
| 9. TAX REFUND (Void) (u) | 0.00 | 0.00 | | 0.00 | FA |
| US income tax refund 2015 (duplicate of item 6) | | | | | |
| 10. Byline Bank account (u) | 6,507.93 | 2,907.93 | | 2,907.93 | FA |
| added by D on amended Schedule B | | | | | |
| 11. REAL ESTATE | 73,510.00 | 0.00 | | 0.00 | FA |
| 913 S AUSTIN AV UNIT 1N | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 15-36324 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MCCONNELL, ARLENE | | | | Date Filed (f) or Converted (c): | 10/26/15 (f) |
| | | | | | 341(a) Meeting Date: | 12/14/15 |
| | | | | | Claims Bar Date: | 05/18/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $104,862.24 | $5,907.93 | | $4,035.93 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRD submitted

final distribution made 10.26.2016 (approved 10/16)

TFR FILED- HEARING 10.25.16

TFR submitted 9.20.16, filed, hearing 10/25/2016

Achedules B and C amended 4 times

motion to extend 727 filed 2-12-16


Initial Projected Date of Final Report (TFR): 12/31/20    Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 15-36324 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MCCONNELL, ARLENE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2888 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2293 | | |
| For Period Ending: | 01/11/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/12/16 | 6, 10 | BYLINE BANK<br>3639 N BROADWAY<br>CHICAGO, IL 60613 | Funds received for Bk acc and Taxes | 1229-000 | 4,035.93 | | 4,035.93 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,025.93 |
| 10/26/16 | 010001 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | Trustee Compensation | 2100-000 | | 1,008.98 | 3,016.95 |
| 10/26/16 | 010002 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6444 | Claim # 1, Final Payment<br>c/o 10/25/2016 | 7100-000 | | 3,016.95 | 0.00 |

```
                            COLUMN TOTALS                   4,035.93        4,035.93           0.00
                      Less: Bank Transfers/CD's                 0.00            0.00
                    Subtotal                                4,035.93        4,035.93
                      Less: Payments to Debtors                                 0.00
                    Net                                     4,035.93        4,035.93
                                                                              NET           ACCOUNT
                    TOTAL - ALL ACCOUNTS                  NET DEPOSITS   DISBURSEMENTS      BALANCE
        Checking Account (Non-Interest Earn - ********2888)  4,035.93        4,035.93           0.00
                                                          ----------     ----------      ----------
                                                            4,035.93        4,035.93           0.00
                                                          ==========     ==========      ==========
                                                          (Excludes Account  (Excludes Payments  Total Funds
                                                             Transfers)       To Debtors)        On Hand


                                        Page Subtotals      4,035.93        4,035.93
```

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 15-36324 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | MCCONNELL, ARLENE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2888 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2293 | | |
| For Period Ending: | 01/11/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals     0.00     0.00

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*